IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV262-H

JAMES WELCOME,                        )
                                      )
          Plaintiff,                  )
                                      )
          v.                          )          O R D E R
                                      )
WIX CORPORATION,                      )
                                      )
          Defendant.                  )
_____

THIS MATTER is before the Court on "Plaintiff's Motion For Enlargement Of Time To Complete Discovery And Extend Dispositive Motions Deadline." For the reasons stated therein, and there being no objection from the Defendant, the Motion is hereby **GRANTED**.

**NOW THEREFORE, IT IS ORDERED:**

1. The deadline for completing discovery is extended to July 20, 2005.

2. The deadline for filing dispositive motions is extended to September 20, 2005.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: June 7, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge