IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04-CV-262

JAMES WELCOME, )
 )
 )
            Plaintiff, )
   v. )
 )
WIX CORPORATION, )
 )
            Defendant. )
 )

## ORDER

The Court have considered Defendant's Consent Motion to Extend the Deadline to File Dispositive Motions, and for good cause shown, IT IS HEREBY ORDERED that the deadline to file dispositive motions is hereby extended until October 11, 2005.

SO ORDERED THIS 16th DAY OF SEPTEMBER, 2005.

_Carl Horn, III_
CARL HORN, III
U.S. Magistrate Judge

ATI 32280662v1