# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Welcome,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:04-cv-262-H

Wix Corporation,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 17, 2006 Order.

**Signed: February 17, 2006**

*Frank G. Johns, Clerk*
*United States District Court*